# Decisions Announced without Opinions During the Period Covered by this Volume.

No. 1. V. O. TEIXEIRA, A. J. LOPEZ, J. G. PERREGIL, VICTORINO CARREIRA AND MANUEL SOUSA v. THE AMERICAN DRY GOODS ASSOCIATION, LIMITED, L. B. KERR & COMPANY, LIMITED, AND L. B. KERR. Petition filed November 1, 1905, for rehearing on the grounds that the decision filed herein October 12, 1905, is not in conformity with the law therein declared and that the conclusions of fact as stated by the court are inadvertent and not justified by the record. Decided November 8, 1905, without argument under Rule 5. *Per curiam.* The petition is denied. *H. E. Highton* for petitioner.